United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE, | No. CV13-00320 PSG |
| Plaintiff(s), | |
| v. | NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| LVNV FUNDING, LLC, et al., | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge.

**PLEASE TAKE NOTICE** that all matters presently set before Magistrate Judge Paul S. Grewal are hereby vacated. Clerk to reassign case.

Dated: February 27, 2013

Richard W. Wieking, Clerk
United States District Court

By: Oscar Rivera
Courtroom Deputy Clerk to
Magistrate Judge Paul S. Grewal