UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, et al.,<br><br>    Defendants. | Case No. 13-cv-00320-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 11. |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 8, 2013 at 2:00 P.M. before the Honorable Jon S. Tigar. The Joint Case Management Conference Statement is due 5 court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.

Dated: March 6, 2013

                                          Richard W. Wieking
                                          Clerk, United States District Court

                                          By: _____
                                          William Noble, Deputy Clerk to the
                                          Honorable Jon S. Tigar
                                          415-522-2000

United States District Court
Northern District of California