UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**STANDING ORDER FOR ALL CIVIL CASES BEFORE
DISTRICT JUDGE JON S. TIGAR**

A.  **Law and Motion Calendar and Court Schedule**

Judge Tigar hears Civil Law and Motion on Thursdays at 2:00 p.m., in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Motions must be noticed for hearing pursuant to Civil Local Rule 7.  Counsel need not reserve a hearing date in advance for civil motions.  The Court may reset noticed hearing dates, however, as its calendar requires.

Civil Case Management Conferences and Civil Pretrial Conferences will be held on Wednesdays at 2:00 p.m. in Courtroom 9, 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

Scheduling questions may be addressed to the courtroom deputy, William Noble, only; he can be reached at (415) 522-2036.

B.  **Service of this Order Required**

Within five days following the filing of the complaint, or the addition of a new party, plaintiff is ordered to serve a copy of this Order and the Standing Order for All Judges of the Northern District Court Concerning Joint Case Management Statements on all parties, and to file a proof of service.

C.  **Joint Case Management Statement and Initial Case Management Conference**

The Northern District Court requires civil litigants to meet and confer regarding specified topics, including alternative dispute resolution and the discovery of electronically stored information ("ESI"), prior to the filing of the initial joint case management statement.

Civil litigants before this Court must review and comply with the terms of the Northern District Standing Order For All Judges Concerning Joint Case Management Statements. In addition, the parties must review in detail the Northern District's ESI Guidelines and Checklist for Rule 26(f) conferences.  The Court discourages deviation from the ESI Guidelines absent good cause.  Failure to meet and confer regarding the required topics prior to the initial case management conference, including alternative dispute resolution and ESI, may, in the reasonable exercise of the Court's discretion, result in sanctions or disciplinary action.

D. **Chambers Copies and Proposed Orders**

The Court requires chambers copies of publicly filed motions and related materials only as required by the Civil Local Rules. The Court discourages the service of courtesy copies of other documents, except when specifically requested by the Court.

Chambers copies must be delivered to chambers by **noon on the day following filing**. For Friday filings, the Court appreciates receiving chambers copies of filings that exceed fifty pages by 5:00 p.m. on the date of filing.

The quality, condition, and labeling of binders, when used, should be such that the Court can easily transport and review the binders' contents. Whenever possible, the spine of a binder should not exceed three inches in width.

E. **Discovery Matters**

All discovery disputes shall, in the first instance, be referred to the magistrate judge assigned to the case for resolution. The parties shall follow the Federal Rules of Civil Procedure, the local rules, any applicable standing orders, and any other related orders issued by the magistrate judge concerning the parties' obligation to meet and confer in good faith to resolve discovery disputes.

Dated: February 11, 2013

_____
JON S. TIGAR
United States District Judge