Miguel Soto, SBN 275273
Law Office of Miguel Soto
1400 Coleman Ave., Ste. D12-1
Santa Clara, CA 95050
Phone: (408) 833-5456
msoto@southbayconsumerlaw.com

Attorney for Plaintiff, Eugene Pasquale

**Filed**

MAR 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Limited Jurisdiction Division)

| | |
|---|---|
| EUGENE PASQUALE,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC;<br>WELTMAN, WEINBERG & ROSS CO., LPA;<br>and DOES 1-25, Inclusive,<br><br>Defendants. | Case No.: 13-CV-0320 PSG  JST<br><br>PLAINTIFF EUGENE PASQUALE'S NOTICE OF RELATED CASES |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

Please take notice that plaintiff Eugene Pasquale is not aware of any previously filed or currently pending actions that arise from the same or substantially identical transactions, happenings, or events as this action.

Dated ___3/1/13___

_____
Miguel Soto, SBN 275273
Attorney for Plaintiff Eugene Pasquale

Complaint - 1