**YU | MOHANDESI LLP**

B. Ben Mohandesi (SBN 214921)
213.377.5505 | bmohandesi@yumollp.com
Jordan Yu (SBN 227341)
213.377.5502 | jyu@yumollp.com
1055 W. 7th Street, Suite 2150
Los Angeles, CA 90017
213.377.5501 Facsimile

Attorneys for Defendants
LVNV Funding, LLC, and
Weltman, Weinberg & Reis Co., LPA
(erroneously sued as Weltman, Weinberg & Ross)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LVNV FUNDING, LLC; WELTMAN, WEINBERG & ROSS CO., LPA; and DOES 1 through 25, Inclusive,<br><br>　　　　　Defendants. | Case No.: 13-CV-00320-JST<br><br>**NOTICE OF SETTLEMENT**<br><br>Compl. Filed:　　November 20, 2012 |

**TO THE COURT:**

The parties have agreed to a settlement of all claims as to all parties.  A formal settlement agreement will be finalized and a dismissal of the entire action will be filed within 30 days.

DATED:  April 18, 2013.

YU MOHANDESI LLP

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi
Jordan Yu
Attorneys for Defendants

DATED:  April 18, 2013.

LAW OFFICE OF MIGUEL SOTO

By  */s/ Miguel Soto*
Miguel Soto
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on April 18, 2013, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system. In addition, I certify that on April 18, 2013, a copy of the foregoing was sent to Plaintiff's counsel, Miguel Soto, via electronic mail to msoto@southbayconsumerlaw.com.

I declare under penalty of perjury under the laws of the and the United States that the above is true and correct. Executed on April 18, 2013, at Los Angeles, California.

By  */s/ B. Ben Mohandesi*
B. Ben Mohandesi