UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE,<br><br>    Plaintiff,<br><br>    v.<br><br>LVNV FUNDING, LLC, et al.,<br><br>    Defendants. | Case No.  13-cv-00320-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: Dkt. No. 18 |

The parties stated on the record on April 18, 2013, that they have settled this action. *See* Dkt. No. 18. Accordingly, all deadlines and hearings in this case are VACATED. By May 22, 2013, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order. If the parties have failed to dismiss the case then counsel are ordered to appear personally on **May 29, 2013 at 2:00 p.m.** The court will not grant requests to appear by telephone at the May 29 hearing.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: May 7, 2013

_____
JON S. TIGAR
United States District Judge